**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

v.                                                   Case No. 6:05-cr-71-Orl-28GJK

**ANTONIO ALLEN**

---

## ORDER ON REVOCATION OF SUPERVISED RELEASE AND ORDER OF COMMITMENT

This cause came before the Court on a Petition for Warrant or Summons for Offender Under Supervision filed December 11, 2007 (Doc. No. 188), initiated by the U.S. Probation Officer of this court as a result of the Probation Officer's belief that the defendant violated the conditions of his supervision. A final hearing on violation of supervised release was held by Magistrate Judge Karla R. Spaulding on February 13, 2008.

The defendant appeared before this Court on July 11, 2008, with counsel, Peter Warren Kenny and the Assistant United States Attorney. After review of the file and hearing arguments of the parties through their counsel, this Court finds that the Defendant has violated Condition No. 2 of the conditions of supervised release. The Court **GRANTS** the Government's Motion to Dismiss Violation Nos. 1 and 3 of the Petition.

It is **ORDERED AND ADJUDGED** that the Defendant's supervised release term is hereby **TERMINATED**.

The Judgment at Document No. 147 remains unaltered and in effect except as amended herewith.

**DONE** and **ORDERED** at Orlando, Florida this ___15___ day of July, 2008.

JOHN ANTOON II
United States District Judge

Copies to:

United States Attorney
United States Marshal
United States Probation Office
United States Pretrial Services
Counsel for Defendant